**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HUIZHOU KAILANGDE TECHNOLOGY CO., LTD.,**

**Petitioner,**

**-against-**

**AMAZON.COM SERVICES, LLC; and AMAZON.COM, INC.,**

**Respondents.**

**1:26-cv-00882**

**(ALC) ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 16, 2026, this Court issued an Opinion and Order denying Petitioner's motion to partially confirm and partially modify the arbitration award. *See* ECF No. 15. The Parties are hereby ordered to submit a joint status report by **September 15, 2026** informing the Court of the status of this case and whether it can be closed.

**SO ORDERED.**

**Dated: September 1, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**